```
                                        FILED
                               CLERK, U.S. DISTRICT COURT

                                    MAR - 9 2023

                               CENTRAL DISTRICT OF CALIFORNIA
                               BY                     DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Gilberto Gonzalez-Ramirez, ) <br> ) <br> Defendant. ) <br> _____) | Case No.: CR 96-1135-~~RMT~~ DMG-1 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central Dist/ California** for alleged violation(s) of the terms and conditions of (his)/her (probation), [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ~~no known surety~~, allegations of the petition, possible apparent ~~undocumented status~~ removal proceedings, misrepresentations in paragraph 33 of original pretrial report concerning condition.

1  _insufficient bail resources_

       and/or

B.  (✓)  The defendant has not met his/her burden of establishing by
    clear and convincing evidence that he/she is not likely to pose
    a danger to the safety of any other person or the community if
    released under 18 U.S.C. § 3142(b) or (c).  This finding is based
    on: _committed new, similar crime while on probation_

       IT THEREFORE IS ORDERED that the defendant be detained pending
the further revocation proceedings.

Dated: _March 9, 2023_                    _/s/ Jean Rosenbluth_
                                          JEAN ROSENBLUTH
                                          U.S. MAGISTRATE JUDGE